# EXHIBIT 2

EXHIBIT 2 - 001

**U.S. Department of Justice**

Office of the United States Attorney

Southern District of Florida

*99 N.E. 4 Street*
*Miami, FL 33132*
*(305) 961-9100 - Telephone*

September 30, 2024

<u>Via Electronic Mail</u>

The Honorable Ashley Moody
Attorney General of the State of Florida
Office of the Attorney General
PL-01 The Capitol
Tallahassee, FL 32399-0001

Dear Attorney General Moody:

Thank you for your letter dated September 23, 2024.

Please be assured that the Department of Justice, including my Office, the Department's National Security Division, and the Federal Bureau of Investigation (FBI), is firmly committed to ensuring justice and accountability for the attempted assassination of former President Trump on September 15, 2024, an event that strikes at the heart of our democracy.

Beginning directly after the suspect was first encountered by a Secret Service agent, the Department of Justice has used the full reach of our authorities and the full extent of our resources to investigate and hold any and all perpetrators accountable, including by bringing appropriate federal charges alleging the most serious applicable offenses. Since receipt of your letter, a federal grand jury returned an indictment on September 24, 2024, charging Ryan Wesley Routh with attempting to kill former President Trump in violation of 18 USC 351(c), which subjects Mr. Routh to a potential penalty of life in prison. The same indictment charged Mr. Routh with possessing a firearm in furtherance of a crime of violence, assaulting a federal officer (a Secret Service agent), being a felon in possession of a firearm and ammunition, and unlawful possession of a firearm with an obliterated serial number, all of which potentially carry additional terms of incarceration. Those federal charges are supported by significant evidence developed through the FBI investigation, a portion of which was described in a court filing on September 23, 2024, in support of the government's successful motion to detain Mr. Routh pending trial.

It is in the interest of justice for there to be strong and continuing cooperation between federal law enforcement and state and local authorities. That cooperation was valuable for securing the swift apprehension of Mr. Routh by the Martin County Sheriff's Office, with the assistance of the Palm Beach Sheriff's Office, and helped lead to the collection of critical evidence in the initial stages of this matter.

EXHIBIT 2 - 002

In keeping with the history of constructive coordination and collaboration between our offices, we look forward to continued engagement to ensure that the active federal prosecution and any potential subsequent state prosecution are appropriately sequenced, in accordance with applicable law and consistent with practical considerations. The federal indictment returned last week – which post-dates your letter – resolves any potential uncertainty about whether 18 USC 351(f) applies here and by any standard represents an assertion of that provision. While as you note, in enacting 18 USC 351(f), Congress plainly envisioned federal investigative and prosecutive primacy in the first instance for attempted assassinations such as occurred here, the same provision does not preclude state prosecutions permissibly following the conclusion of the federal prosecution—and in no way prevents the sharing of federal evidence with state authorities after the federal matter has ended.

We further note that 18 USC 351(g), which requires that "[v]iolations of this section shall be investigated by the Federal Bureau of Investigation," also states that "[a]ssistance may be requested from any Federal, State, or local agency . . . any statute, rule, or regulation to the contrary notwithstanding." We continue to be appreciative of the offers of assistance received to date and the close and ongoing coordination on the ground between the FBI and state and local Florida partners, as well as the communication between our offices.

Thank you again for your letter and we stand ready to engage with you further.

Sincerely,

Markenzy Lapointe
United States Attorney
Southern District of Florida