**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION**

STATE OF FLORIDA,

    *Plaintiff*,

    v.                                          Case No. 2:24-cv-14348

MERRICK GARLAND, in his official
capacity as U.S. Attorney General,

    *Defendant*.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to Local Rule 11.1(d)(3), Plaintiff State of Florida files this notice of substitution of counsel. Because this is a substitution of counsel under Local Rule 11.1(d)(3)(B), the undersigned has not sought prior agreement from other parties. James H. Percival will depart the Office of the Attorney General on January 16, 2025, to pursue another opportunity. The State of Florida will continue to be represented by undersigned counsel, Christine Pratt. Copies of all pleadings, notices, orders, and correspondence regarding the above-styled case are requested to be served on the undersigned.

Respectfully submitted,

ASHLEY MOODY
 *Attorney General*

*/s/ Christine Pratt*
CHRISTINE PRATT (FBN 0100351)
COUNSELOR TO THE ATTORNEY GENERAL

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*Christine.pratt@myfloridalegal.com*

*Counsel for the State of Florida*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th of January 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

      */s/ Christine Pratt*
      CHRISTINE PRATT