**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT PIERCE DIVISION**

STATE OF FLORIDA,

    *Plaintiff*,

    v.                                                                         Case No. 2:24-cv-14348

MERRICK GARLAND, in his official
capacity as U.S. Attorney General,

    *Defendant*.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Florida notices its dismissal of this action.

Respectfully submitted,

JAMES UTHMEIER
 *Attorney General*

*/s/ Christine Pratt*
CHRISTINE PRATT (FBN 0100351)
ASSISTANT SOLICITOR GENERAL

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*Christine.pratt@myfloridalegal.com*

*Counsel for the State of Florida*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of April 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ Christine Pratt*
CHRISTINE PRATT